UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21407-CIV-O'SULLIVAN

[CONSENT CASE]

| | |
|---|---|
| EUGENIO REYES GAMEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| INTERNATIONAL METALS TRADING CORP, ADIANY PEREZ, ALEX J FAGUNDO, | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their respective undersigned counsel, hereby notice the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

Dated this 21st day of October, 2016.

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| J.H. ZIDELL, P.A. | ROBERT M MILLER, P.A. |
| Attorneys for Plaintiffs | Counsel for Defendants |
| 300 71st Street, Suite 605 | 5915 Ponce De Leon Boulevard, Suite 12 |
| Miami Beach, FL 33141 | Coral Gables, FL 33146 |
| Tel: 305-865-6766 | Tel: 305-665-1993 |
| Fax: 305-865-6766 | Fax: 305-662-9119 |
| E-mail: rivkah.jaff@gmail.com | Email: millerlaw@aol.com |
| | |
| By:   /s/ RivkahJaff | By: /s/ Robert Michael Miller, Esq. |
| RivkahJaff, Esq. | Robert Michael Miller, Esq. |
| Fl. Bar No.:107511 | Fl. Bar No.: 284793 |